UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


JOE STEPHENS (#109204)                                   CIVIL ACTION

VERSUS

JOHN P. WHITLEY, ET AL.                          NO.: 13-00603-BAJ-SCR


RULING AND ORDER


On October 31, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Joe Stephen's petition be construed as a motion for authorization for the district court to consider the successive habeas corpus claim raised by Plaintiff. The Report also recommended that Plaintiff's petition be transferred to the United States Court of Appeals for the Fifth Circuit under the authority of 28 U.S.C. § 1631 for that court to determine whether Plaintiff is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in the district court. (Doc. 8.)

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8, at 1.). A review of the record indicates that Plaintiff has not filed an objection to the Report.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Regarding the facts alleged in his complaint (Doc. 1), Plaintiff also filed a **Motion for a Preliminary Injunction (Doc. 3)**, seeking an order from this Court enjoining the actions, policy-making, and the decision-making of the defendants "acting under color of State law." (Doc. 3, at 2.) Plaintiff's motion, among several general allegations, takes issue with the grand jury procedures surrounding his trial and conviction. (*Id.* at 3-4.)

The Court finds that Plaintiff's contentions in the motion for preliminary injunction are related to the facts and circumstances addressed in the Magistrate Judge's Report. As such, the Court will forego a ruling on Plaintiff's motion, pending further instructions from the United States Court of Appeals for the Fifth Circuit on Plaintiff's habeas matter.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Joe Stephen's petition is construed as a motion for authorization for the district court to consider the successive habeas corpus claim raised by Plaintiff.

2

IT IS FURTHER ORDERED that Plaintiff's petition is transferred to the United States Court of Appeals for the Fifth Circuit under the authority of 28 U.S.C. § 1631 for that court to determine whether Plaintiff is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in the district court.

IT IS FURTHER ORDERED that Plaintiff's **Motion for a Preliminary Injunction (Doc. 3)** is **DENIED, without prejudice**, pending further resolution of Plaintiff's habeas matter.

Baton Rouge, Louisiana, this _11th_ day of February, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA